**STATE of Missouri, Respondent,**

v.

**Jerome D. MOSS, Appellant.**

**No. WD 63972.**

Missouri Court of Appeals, Western District.

May 10, 2005.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LOWENSTEIN, P.J., BRECKENRIDGE and SMART, JJ.

### *ORDER*

PER CURIAM:

Jerome Moss appeals his conviction and sentence for the class C felony of tampering in the first degree, in violation of section 569.080, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).